Minute Order Form (rev. 4/99)

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other Than Assigned Judge | *Morton Denlow* |
|---|---|---|---|
| CASE NUMBER | 05 GJ 916 | DATE | JANUARY 31, 2008 |
| CASE TITLE | | US v. THOMAS P. RANDELL | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

**GRAND JURY PROCEEDING AND REQUEST TO SEAL**

**SPECIAL AUGUST 2006-2**

The Grand Jury for the _____ Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge *Morton Denlow*

**FILED JAN 3 1 2008 NF**

Docket Entry:

**08CR 0088**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO ISSUE BENCH WARRANT AND SET PRELIMINARY BAIL AT $4500.00 AND THAT DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND. THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT U.S ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT, THE NAME OF THE JUDGE, MAGISTRATE JUDGE, DOCKET NUMBER ASSIGNED TO THIS CASE, IN ORDER TO EXPEDITE ARRAIGNMENT OF THE ARRESTED DEFENDANT AS TO ALL DEFENDANTS. THIS INFORMATION TO REMAIN SEALED UNTIL TUESDAY, FEBRUARY 5, 2008. OR BY FURTHER ORDER OF THE COURT. PLEASE DO NOT SEAL THE ARREST WARRANT. DO NOT SEND ARREST WARRANT TO THE MARSHALL SERVICE. WARRANT TO BE HAND DELIVERED TO MAGISTRATE JUDGE MORTON DENLOW.

**JUDGE ANDERSEN**

SIGNATURE OF JUDGE *Morton Denlow* (ONLY IF FILED UNDER SEAL)
OR MAGISTRATE JUDGE

**MAGISTRATE JUDGE KEYS**

| | | | Number of notices | DOCKET# |
|---|---|---|---|---|
| No notices required, advised in open court. | | | Date docketed | |
| No notices required. | | | Docketing dpty. initials | |
| Notices mailed by judge's staff. | | | | |
| Notified counsel by telephone. | | | | |
| Docketing to mail notices | | | Date mailed notice | |
| Mail AO 450 form. | | | Mailing dpty. initials | |
| Copy to judge/magistrate judge. | | | | |
| Courtroom Deputy Initials | | Date/time received in Central Clerk's office | | |