# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge Andersen | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 88 | **DATE** | 2/08/2008 |
| **CASE TITLE** | USA vs. Thomas P. Randell | | |

**DOCKET ENTRY TEXT**

Arraignment held. The defendant enters plea of Not Guilty to the Indictment. 16.1A conference to be held by 2/15/08. Pretrial motions to be filed by 2/22/08. Status hearing set before Judge Andersen on 3/13/08 at 10:00 a.m. Time is excluded pursuant to 18:3161(h)(1).

Docketing to mail notices.

00:08

| | Courtroom Deputy Initials: | AC |
|---|---|---|