UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.  08 CR 88 |
| v. | ) | |
| | ) | Judge Wayne R. Andersen |
| THOMAS P. RANDELL | ) | |

NOTICE OF MOTION

TO:     ECF FILERS

PLEASE TAKE NOTICE that on Thursday, March 6, 2008 at 10:00 a.m., I will appear before Judge Wayne R. Andersen in Courtroom 1403, the courtroom usually occupied by him in the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois or before such other judge who may be sitting in his place and stead, and then and there present **UNOPPOSED MOTION OF THE UNITED STATES FOR PROTECTIVE ORDER**, at which time you may appear if you see fit.

/s/ David D. Buvinger
DAVID D. BUVINGER
Assistant United States Attorney

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS |
| COUNTY OF COOK | ) |

David D. Buvinger, being first duly sworn, on oath deposes and says that he is employed in the Office of the United States Attorney for the Northern District of Illinois, that on the 28th day of February, 2008, **UNOPPOSED MOTION OF THE UNITED STATES FOR PROTECTIVE ORDER,** pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

/s/ David D. Buvinger
DAVID D. BUVINGER
Assistant United States Attorney