# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

UNITED STATES OF AMERICA

                       Plaintiff,

v.                                           Case No.: 1:08−cr−00088
                                           Honorable Wayne R. Andersen

Thomas P Randell

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 6, 2008:

      MINUTE entry before Judge Wayne R. Andersen :Goverment's unopposed motion for protective order [13] is granted as to Thomas P Randell (1); as to Thomas P Randell. Mailed notice (tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.