# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 8 CR 88 - 1 | **DATE** | 3/11/2008 |
| **CASE TITLE** | United States of America vs. Thomas P. Randell | | |

**DOCKET ENTRY TEXT**

Enter protective order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | TSA  |
|---|---|---|---|