UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

UNITED STATES OF AMERICA
                         Plaintiff,

v.                                               Case No.: 1:08−cr−00088
                                               Honorable Wayne R. Andersen

Thomas P Randell
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 10, 2008:

      MINUTE entry before Judge Honorable Wayne R. Andersen:as to Thomas P Randell, Status hearing held on 4/10/2008 and continued to 6/19/2008 @ 10:00 a.m. Time is hereby excluded to 6/19/2008 pursuant to 18:3161(h)(1)(F). The Court allows the early return of trial subpoenas. The defendants presence is waived at the next status hearing. Mailed notice (tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.